IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNOR LIEKHUS, a minor child, individually, and by and through THERESA M. DOWLING, his parent, next friend, and guardian,<br><br>                  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                  Defendant. | 8:22CV327<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice. Filing 17. The parties explain that they have reached a settlement and jointly request that this matter be dismissed with prejudice, with each party to pay its own costs, and with complete record waived. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 17, is granted, and this matter is dismissed with prejudice, with each party to pay its own costs, and with complete record waived.

Dated this 17th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1